# The Supreme Court of Ohio

FILED

MAR 15 2016

CLERK OF COURT
SUPREME COURT OF OHIO

2016 MAR 31  PM 2: 07

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT
TOLEDO

State of Ohio ex rel. Michael DeWine, Attorney
General of Ohio, et al.

v.

GMAC Mortgage, LLC, et al.

Case No. 2011-0890

JUDGMENT ENTRY

This cause, here on the certification of a state law question from the United States District Court for the Northern District of Ohio, Western Division.

Upon consideration thereof, it is ordered by the court, sua sponte, that the certified question of state law was improvidently accepted for review.  Accordingly, this cause is dismissed.

(U.S. District Court, Northern District of Ohio, Western Division County; Nos. 310CV02537JZ and 110CV02709JZ)

Maureen O'Connor
Chief Justice

I, CERTIFY that this document is a true and accurate copy of the judgement entry of the Supreme Court of Ohio filed on 3/15/2016 in Case No. 2011-0890 and constitutes the mandate of the Court pursuant to S.Ct.Prac.R. 18.04.

In witness, I have subscribed my name and affixed the seal of the Supreme Court of Ohio on this 29 day of March , 2016 .
Clerk of Court
By _____ , Deputy Clerk

The Official Case Announcement can be found at http://www.supremecourt.ohio.gov/ROD/docs/